THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
South Carolina Department of Social Services,       
Respondent,
 
 
 

v.

 
 
 
Dorothy Kelehear, Samuel Kelehear, Sr., John
Doe,/Oand Princess A. Cartrette 
 a/k/a Princess A. Kelehear  DOB:  11/25/93,/OTheodore Morehouse DOB: 
06/24/95,/OAlonzo L. Cartrette a/k/a Samuel Kelehear, Jr.  DOB:  06/04/97/OMinor(s) 
 under the age of 18 years,        Defendants,
of whom Dorothy Kelehear is       
Appellant.
 
 
 

Appeal From Lee County
R. Wright Turbeville, Family Court 
 Judge

Unpublished Opinion No. 2004-UP-099
Submitted November 19, 2003  Filed 
 February 17, 2004   

AFFIRMED

 
 
 
Dorothy Kelehear, of Tabor City, James P. Saverance, Jr., of Bishopville, for 
 Appellant.
Stephen Bryan Doby, of Bishopville, for Respondent.
 
 
 

PER CURIAM: Dorothy Kelehear appeals from 
 a family court order terminating her parental rights as to her three minor children. 
 The family court found that the children had lived outside Kelehears home for 
 more than six months. The family court also heard testimony that Kelehear failed 
 to support the children. See S.C.Code Ann. § 20-7-1572(4) (Supp. 2000).
Pursuant to Ex parte Cauthen, 291 S.C. 465, 
 354 S.E.2d 381 (1987), Kelehears counsel attached to the record of the family 
 court proceedings an affidavit stating his belief that the appeal lacks merit. 
 Kelehear did not file a pro se response to counsels affidavit. 
Upon reviewing the record and the family courts 
 determination in its entirety, we find no meritorious issues warranting briefing. 
 Accordingly, the trial courts decision is 
AFFIRMED.
HUFF, STILWELL, and BEATTY, JJ., concur.